AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohill, Jr., Maurice B | U.S. District Court, W.D. PA | 05/08/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge, Active | ☐ Nomination; Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 8170 U.S. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chairman, Board of Fellows (unpaid) | National Center for Juvenile Justice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 14 A 10: 41
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/31/07 | Commonwealth of Pennsylvania - Pension | $ 9026.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/07 | Proprietor of Irish pub |
| 2. 12/31/07 | Lawyer, self-employed. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Council of Juvenile and Family Court Judges | 1/9/07 to 1/13/07 | Savannah, GA | meeting | Travel expenses, meals and room |
| 2. | New York Intellectual Property Law Association | 3/21/07 to 3/25/07 | New York City, NY | seminar | Travel expenses, meals and room |
| 3. | Allegheny County Bar Association | 6/14/07 to 6/15/07 | Champion, PA | seminar | Travel expenses, meals and room |
| 4. | National Center for Juvenile Judges/National Council of Juv. and Family Ct. Judges | 7/22/07 to 7/25/07 | San Francisco, CA | meeting | Travel expenses, meals and room |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Cohill, Jr., Maurice B | 05/08/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | National Center for Juvenile Justice | 10/5/07 to 10/7/07 | Pittsburgh, PA | meeting | Expenses and meals |
| 6. | George Mason Univ. School of Law -- Law and Economics Center | 4/26/07 to 5/3/07 | Tucson, AZ | seminar | Travel expenses, meals and room |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Allegheny Energy Inc. | A | Dividend | J | T | | | | |
| 2. | Citigroup | A | Dividend | J | T | | | | |
| 3. | Delphi Automotive | A | Dividend | J | T | | | | |
| 4. | E.l.DuPont | A | Dividend | J | T | | | | |
| 5. | General Electric Corp. | A | Dividend | J | T | | | | |
| 6. | General Motors | A | Dividend | J | T | | | | |
| 7. | IBM | A | Dividend | J | T | | | | |
| 8. | Black Box Corp. | A | Dividend | J | T | | | | |
| 9. | Cisco Systems, Inc. | A | Dividend | K | T | | | | |
| 10. | Dell Computer Corp. | A | Dividend | J | T | | | | |
| 11. | Scudder Technology (A)- Mutual Fund | A | Dividend | J | T | | | | |
| 12. | Vanguard Mutual Funds (a) - PA Ins.Tax Free Muni | A | Dividend | K | T | | | | |
| 13. | Vanguard Mutual Funds (b)- S&P Index 500 | A | Dividend | K | T | | | | |
| 14. | Vanguard Mutual Funds (c)- Capital Opportunity Fund | A | Dividend | K | T | | | | |
| 15. | Vanguard Mutual Funds (d)- International Emerging Markets | A | Dividend | J | T | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544